### MRS. KATE MONTGOMERY VS. R. M. BELL.

GUNBY, J. Where a provisional seizure is sued out before the debt becomes due, and no amendment is filed after the debt becomes due, but a default is taken and made final on the original petition, the judgment will not be reversed on appeal; if defendant wished to object to the prematurity of the action, he should have done so by exception *in limine litis.*

---

### S. & T. L. MORROW, FOR USE OF, ETC., VS. JAMES McCLELLAN.

1. It is the well-settled jurisprudence of this State that one who has the right to sue in his own name, may sue for the use of another. 19 L. 207; 18 An. 484; 20 An. 503. It is equally well settled that he cannot assert for the usee any claim which he could not assert for himself, and that the defendant may urge any defences he may have against the nominal or real plaintiff. 6 R. 19.

2. Where plaintiff alleges in his petition that he owns the property sued for, and that the usee has a verdor's lien thereon, and in the prayer to his petition prays to be decreed the owner of the property, the suit will be regarded as simply one for recovery of the property.